PT-1 Matter

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/08
```

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

July 31, 2008


RECEIVED
JUL 31 2008
CHAMBERS OF
RICHARD J. HOLWELL

BY FACSIMILE (212) 805-7948
The Honorable Richard J. Holwell
United States District Judge
United States Courthouse
500 Pearl St., Room 1950
New York, NY 10007

Re: *Jonathan David Bachrach, P.C. v. Commissioner of the IRS*,
08 Civ. 6695 (LBS)

Dear Judge Holwell:

We write respectfully on behalf of both parties to this litigation to request an adjournment of the above-referenced action to permit the parties to finalize and execute a written settlement and notice of discontinuance. The matter was scheduled for hearing in Part I on Friday, August 1, 2008, at 1:00 pm, and the government's responsive papers were due to be submitted today. The parties believe, however, that the matter can be resolved amongst themselves by early next week.

We therefore propose jointly to apprise the Court of our progress by Tuesday, August 5, 2008, and suspend all proceedings in this matter until then.

Respectfully,

JONATHAN DAVID BACHRACH, P.C.

JONATHAN D. BACHRACH, ESQ.
Attorney Pro Se
44 Wall Street, 14th Floor
Telephone: (212) 977-2400
Facsimile: (212) 425-7703

MICHAEL J. GARCIA
United States Attorney

By: JEAN DAVID BARNEA
Assistant United States Attorney
Counsel for Defendant
Telephone: (212) 637-2679
Facsimile: (212) 637-2717

SO ORDERED

/s/ Richard J. Holwell
Part I

TOTAL P.02