At _____ of the United States District Court, Southern District Of New York, at the Courthouse thereof, at

_____,

on _____, 2008.

**08 CV 6695**

PRESENT:

08 CV

-------------------------------------------------------X

JONATHAN DAVID BACHRACH, P.C.

                   Plaintiff,

**JUDGE SAND**

-against-

**ORDER TO SHOW CAUSE**
WITH
TRO

COMMISSIONER OF THE IRS,

                   Defendant.
-------------------------------------------------------X

**UPON** reading and filing the Affirmation of JONATHAN DAVID BACHRACH, ESQ., Officer of Plaintiff JONATHAN DAVID BACHRACH, P.C., attorneys Pro Se, dated July 28, 2008, and the papers and exhibits attached hereto,

**LET** Defendant Commissioner of the Internal Revenue Service,

**SHOW CAUSE** before this Court, before the Hon. Richard J. Holwell, at Part _____, Room 17B, thereof, to be held at the Courthouse thereof, at 500 Pearl St., NY, NY, on the 1st day of August, 2008, at 1:00 p.m. on that date, or as soon thereafter as counsel can be heard,

**WHY** an order should not be made herein, pending the determination of this motion, restraining the Commissioner of the Internal Revenue Service from in any way restricting or

interfering with the Plaintiff's use, withdrawal or other disposition of funds from Attorney Trust Account Bank Of America Number 00-939-6443617, and enjoining all such third parties who shall receive a copy of this Order from restraining or interfering with in any way, any disposition of the funds in Attorney Trust Account Bank Of America Number 00-939-6443617, which the Plaintiff may seek to make, and grant Plaintiff such other, further and different relief as to this Honorable Court may seem just.

**IT HAVING BEEN MADE TO APPEAR** that Plaintiff is entitled to such relief, it is hereby

~~ORDERED that pending the determination of this motion, the Commissioner of the Internal Revenue Service, and all such third parties who shall be served a copy of this Order, be and hereby are temporarily restrained from restricting or interfering in any way with the Plaintiff's use, withdrawal or other disposition of funds from Attorney Trust Account Bank Of America Number 00-939-6443617.~~

Service by delivery of a copy of this order and of the papers upon which it is based, on Defendant Commissioner of the Internal Revenue Service, via Federal Express overnight delivery, and upon the United States Attorney for the Southern District of New York by hand, made on or before July 30, 2008 shall be deemed sufficient.

Defendant's answering papers, if any, shall be delivered to Plaintiff's attorneys no later than July 29, 2008 by July 31. ~~three (3) days before the return date hereof.~~

ENTER:

_____
U.S.D.J.