UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JONATHAN DAVID BACHRACH, P.C.,

                      Plaintiff,

         -v-

COMMISSIONER OF THE IRS,

                      Defendant.

08 Civ. 06695 (LBS)

STIPULATION OF DISCONTINUANCE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-7-08

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above-captioned action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-captioned action, including all claims and counter-claims, be and the same hereby is discontinued with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       August 4, 2008

JONATHAN DAVID BACHRACH, P.C.

_____
Jonathan D. Bachrach, Esq.
Attorney Pro Se
44 Wall Street - 14th Floor
New York, NY 10005
(212) 977-2400

MICHAEL J. GARCIA
United States Attorney
for the Southern District of New York

By: _____
Jean-David Barnea
Assistant United States Attorney
86 Chambers Street, 3rd floor
New York, NY 10007
(212) 637-2679

SO ORDERED:

_____
U.S.D.J.
8/7/08